AO 257 (Rev. 6/78)

CR-08-458-WDB

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C. Section 641 - Theft of Government Property (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ LILIOSA EMBUDO

DISTRICT COURT NUMBER
CR08-458 WDB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Maureen C. Bessette

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 6 at 10 am    Before Judge: Brazil

Comments:

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-458 WDB |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor) |
| v. ) | |
| LILIOSA EMBUDO, ) | |
| Defendant. ) | OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about and between November 2005 and August 2007, in the Northern District of California, the defendant,

LILIOSA EMBUDO,

did knowingly embezzle, steal, purloin, and convert to her own use money of the United States or a department and agency thereof, namely: United States Postal Service funds, and did receive, conceal, and retain such money with the intent to convert it to her gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code,

///

INFORMATION

Section 641, a Class A Misdemeanor.

DATED: 7/9/08

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ W. Douglas Sprague*

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: */s/ Maureen Bessette* )
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION