1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Chief, Oakland Branch

4  MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   Email: Maureen.Bessette@usa.doj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,            )   Case No. CR-08-00458 WDB
13                                      )
          Plaintiff,                    )
14                                      )
      v.                                )   **MOTION FOR SUMMONS**
15                                      )
   LILIOSA EMBUDO,                      )
16                                      )
                                        )
17        Defendant.                    )
                                        )
18
        Based on the facts set forth in the Declaration of Darien Meyer in Support of the United
19
   States' Motion for Summons, the United States hereby requests that the Court issue a summons
20
   for defendant Liliosa Embudo. The facts set forth in the declaration demonstrate that probable
21
   cause exists to summon the defendant to answer the Information that has been filed by the United
22
   States Attorney.
23
                                            Respectfully submitted,
24
                                            JOSEPH P. RUSSONIELLO
25                                          United States Attorney

26 Dated: 7/11/08                           _____
27                                          MAUREEN BESSETTE
                                            Assistant United States Attorney
28

MOTION FOR SUMMONS

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Chief, Oakland Branch

4  MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, CA 94612
     Telephone: (510) 637-3680
7    Fax: (510) 637-3724
     Email: Maureen.Bessette@usa.doj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )   Case No. CR-08-00458 WDB
                                         )
14 |         Plaintiff,                  )
                                         )   **DECLARATION Of DARIEN MEYER**
15 |    v.                               )   **IN SUPPORT OF UNITED STATES'**
                                         )   **MOTION FOR SUMMONS**
16 | LILIOSA EMBUDO,                     )
                                         )
17 |                                     )
             Defendant.                  )
18 |_____)

19      I, Darien Meyer, hereby declare as follows:

20      1. I am a Law Clerk in the United States Attorney's Office assigned to this case. I have

21 received the following information from agents employed by the United States Postal Service

22 Office of the Inspector General (USPS OIG) and from reports and other documents provided to

23 me by the USPS OIG.

24      2. Liliosa Embudo ("Defendant") worked for the United States Postal Service ("USPS")

25 beginning in March 1998 through April 2008. From on or about November 2005 through August

26 2007, the Defendant stole funds from USPS. She did this by (1) failing to fill out (and falsifying

27 the amount on) Forms PS 3533 required when giving patrons stamp refunds; (2) inflating the

28 documentation for express mail refunds to patrons; (3) falsifying the amount for reimbursements

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

made to post office staff for several different line items; (4) writing false replacement Postal Money Orders and unrecorded handwritten Money Orders; and (5) creating Postal Money Orders for alleged emergency payroll adjustments without authorization.

3. The proof that Defendant stole the money is the following: (1) copies of Clerk Financial Reports PS 1412 showing the total transactions of window clerk #6 (Defendant) each day compared with:

- Copies of PS 3533 certification filled out by Defendant reporting lower actual refunds,
- Patron receipts for stamps and express mail refunds,
- Postal employee receipts for transportation, custodial and office supplies, and other expenditures, and
- PS 3533 forms with blank PVI labels attached;

(2) copies of Money Orders issued to Defendant's family; and (3) a sworn statement by Defendant admitting to stealing and explaining how she did it.

4. Taken together, Embudo stole $31,385.16 of funds from the USPS during her employ there.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 9, 2008, at Oakland, California.

DATED: 7/9/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DARIEN M. MEYER
Law Clerk
United States Attorney's Office

```
1  JOSEPH P. RUSSONIELLO (CASBN 44332)
2  United States Attorney
3
4
5
6
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-08-00458 WDB |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER FOR SUMMONS** |
| LILIOSA EMBUDO, | ) |
| Defendant. | ) |

Having reviewed the Declaration of Darien Meyer, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Liliosa Embudo, to appear on August 6, 2008, at 10:00 a.m. before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

_____
NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS