07/11/2008 12:10 5105373724 US ATTORNEYS OFFICE PAGE 05/05
Case 4:08-cr-00458-WDB   Document 3   Filed 07/14/2008   Page 1 of 1
Case 4:08-cr-00458-WDB   Document 2   Filed 07/11/2008   Page 4 of 4

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**FILED**
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-00458 WDB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR SUMMONS |
| LILIOSA EMBUDO, | |
| Defendant. | |

Having reviewed the Declaration of Darien Meyer, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Liliosa Embudo, to appear on August 6, 2008, at 10:00 a.m. before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 7-14-08

NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS