

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *Ronald V. Dellums Federal Building* | *(510) 637-3680* |
| *1301 Clay Street, Suite 340S* | |
| *Oakland, California 94612-5217* | *FAX (510) 637-3724* |

July 14, 2008

VIA E-FILING

The Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, California  94612

     Re:    United States v. Liliosa Embudo, CR-08-00458-WDB

Dear Judge Brazil:

    The United States Attorney's office hereby requests that a date for an initial appearance regarding this matter be set on the Court's Criminal Calendar at 10:00 a.m. on August 6, 2008 for an initial appearance and arraignment.

               Very Truly Yours,

               JOSEPH P. RUSSONIELLO
               United States Attorney

               DARIEN M. MEYER
               Law Clerk